IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **LESLIE GREER** | § | |
|     Plaintiff | § | |
| | § | Civil Action No: 4:12 cv 780 |
| v. | § | |
| | § | **Complaint for Accommodation** |
| **SILWAD, INC.** | § | **Discrimination Under the A.D.A.** |
|     Defendant | § | |
| | § | |
| | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and defendant have reached a settlement on all issues in this matter.   Pursuant to this agreement the Plaintiff requests that this court dismiss this case with prejudice.  Each party is to bear their own costs in this matter.

Respectfully submitted October 6, 2014 by,


/s/Palmer D. Bailey

**Mr. Palmer D. Bailey**
**Attorney-in-charge**
Bar Card No. 01533400
Law Office of Palmer Bailey, *A Professional Corporation*
16633 Dallas Parkway, Suite 600
Addison, TX 75001
Tel.  972.588.1863
Fax. 972.588.1801
pdbaileyesq@gmail.com
**Attorney for the Plaintiff**

## CERTIFICATE OF CONFERENCE

The contents of this motion are known to the defendants in this matter and it is filed in conjunction with the settlement of this case as agreed between the parties.  Therefore there is no objection by the defendants.

*/s/Palmer D. Bailey*
Palmer D. Bailey

## CERTIFICATE OF SERVICE

This is an agreed motion and all parties are aware of its contents because this motion is filed in order to comply with the terms of the settlement in this matter.  A copy of this motion was delivered to all counsel of record electronically via the district court's ecf system to the email addresses on file with the court.

*/s/Palmer D. Bailey*
Palmer D. Bailey