IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LESLIE GREER | § | |
|    Plaintiff | § | |
| | § | Civil Action No: 4:12 cv 780 |
| v. | § | |
| | § | Complaint for Accommodation |
| SILWAD, INC. | § | Discrimination Under the A.D.A. |
|    Defendant | § | |
| | § | |
| | § | |

## *ORDER ON AGREED MOTION TO DISMISS*

Plaintiff's Agreed Motion has been heard and considered. The Court is of the opinion it should be granted.

It is therefore hereby ordered that this case is dismissed with prejudice, each party to bear its own costs.

The Clerk is directed to CLOSE this civil action.

**SIGNED this 8th day of October, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE